UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

JOHNSON CONTROLS BATTERY
GROUP, INC., a Wisconsin corporation,
                  Plaintiff,

    -against-

MANUFACTURING SOLUTIONS, INC.,
a New York corporation,
                  Defendant.

~~ORDER TO RE-OPEN CASE FOR ENTRY OF CONSENT JUDGMENT AND~~ CONSENT JUDGMENT
2:12-cv-06242-LDW-GRB

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 29 2013 ★
LONG ISLAND OFFICE

------------------------------------------------X

    The parties having stipulated to the entry of this order; Defendant being in default under the terms of the Confidential Settlement Agreement and Release between the parties and the Court being advised in the premises;

    IT IS HEREBY ORDERED that this matter is re-opened.

    IT IS FURTHER ORDERED that Judgment in the total amount of $337,165.40 (calculated as $338,450.60, less the total amount paid by Defendant of $15,000.00, plus interest, calculated as $8,852.80, from the date of filing the Complaint to the date of this Order at the New York statutory rate specified in CPLR § 5004, and plus reasonable attorneys' fees of $4,862.00), is hereby entered in favor of Plaintiff Johnson Controls Battery Group, Inc., and against Defendant Manufacturing Solutions, Inc.



TRUE COPY ATTEST
DATE FEB 06 2014
DOUGLAS C. PALMER

Case 6:14-mc-06002   Document 1   Filed 05/02/14   Page 2 of 3
Case 2:12-cv-06242-LDW-GRB   Document 13   Filed 05/29/13   Page 2 of 3 PageID #: 56
Case 2:12-cv-06242-LDW-GRB   Document 12   Filed 04/18/13   Page 2 of 3 PageID #: 53

IT IS FURTHER ORDERED that interest shall accrue on this Judgment for every day that it is unpaid, accruing at the New York statutory rate specified in CPLR § 5004.

5/29/13
DATE
Central Islip, NY.

_____
PRESIDING JUDGE
USDJ

Approved as to form and content:

/s/ Sharon S. Almonrode

Sharon S. Almonrode (P33938)
Marc L. Newman (P51393)
Martha J. Olijnyk (P60191)
The Miller Law Firm, P.C.
Attorneys for Plaintiff
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200
ssa@millerlawpc.com
mln@millerlawpc.com
mjo@millerlawpc.com

April 18, 2013
Dated

/s/ Oscar Wilson (w/ permission, see attached)

Oscar Wilson
President
Manufacturing Solutions, Inc.
850 St. Paul Street
P.O. Box 699
Rochester, NY 14605
Phone
email

April 18, 2013
Dated

Case 6:14-mc-06002   Document 1   Filed 05/02/14   Page 3 of 3
Case 2:12-cv-06242-LDW-GRB   Document 13   Filed 05/29/13   Page 3 of 3 PageID #: 57
Case 2:12-cv-06242-LDW-GRB   Document 12   Filed 04/18/13   Page 3 of 3 PageID #: 54

IT IS FURTHER ORDERED that interest shall accrue on this Judgment for every day that it is unpaid, accruing at the New York statutory rate specified in CPLR § 5004.

5/29/13
DATE

Central Islip NY

Approved as to form and content:

_____
U.S.D.J.

_____
Oscar Wilson
President
Manufacturing Solutions, Inc.
850 St. Paul Street
P.O. Box 699
Rochester, NY 14605
Phone
email

_____
Sharon S. Almonrode (P33938)
Marc L. Newman (P51393)
Martha J. Olijnyk (P60191)
The Miller Law Firm, P.C.
Attorneys for Plaintiff
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200
ssa@millerlawpc.com
mln@millerlawpc.com
mjo@millerlawpc.com

_____
Dated

3/8/13
Dated